# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13–18531**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian Patrick Cowan | Laurie Jean Cowan |
| 6500 Howard Avenue | fka Laurie Stefanini |
| Indian Head Park, IL 60525 | 6500 Howard Avenue |
| | Indian Head Park, IL 60525 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–3155                                        xxx–xx–3897

Employer Tax ID / Other nos.:


### DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                FOR THE COURT


Dated: <u>August 27, 2013</u>                   <u>Kenneth S. Gardner, Clerk</u>
                                                United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                         Case No. 13-18531-TAB
Brian Patrick Cowan                                            Chapter 7
Laurie Jean Cowan
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin              Page 1 of 3            Date Rcvd: Aug 27, 2013
                              Form ID: b18             Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2013.
db/jdb       +Brian Patrick Cowan,    Laurie Jean Cowan,   6500 Howard Avenue,    Indian Head Park, IL 60525-4567
20426631     +Advanced Behavioral Centers of DuPage,    501 West Ogden Avenue,    Suite 1,
               Hinsdale, IL 60521-3184
20426636      Anastacio Saavedra, M.D., S.C.,    P.O. Box 29 A,    Park Ridge, IL 60068
20426637     +Apria Healthcare,    26220 Enterprise Court,    Lake Forest, CA 92630-8405
20426639      Belmont/Harlem Surgery Center,    3101 North Chicago,    Chicago, IL 60634
20426642     +Charles E. Burda, M.D.,    501 West Ogden Avenue,    Suite 1,    Hinsdale, IL 60521-3184
20426643     +Chase,   Po Box 24696,    Columbus, OH 43224-0696
20426645     +Chase H.E.L.O.C.,    P.O. Box 183166,   Columbus, OH 43218-3166
20426647      Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20426648     +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20426649     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 E Paris Ave SE,
               Grand Rapids, MI 49546-6253
20426650     +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Avenue,
               Grand Rapids, MI 49546-6253
20426651     +Ge Capital,    C/O United Portfolio,   1942 Lexington, Ste 1,    Saint Paul, MN 55113-6401
20426656     +Loyola Medicine,    Two Westbrook Corporate Center,    Suite 600,    Westchester, IL 60154-5716
20426657     +Loyola University Medical Center,    Patient Financial Services,    2160 South First Avenue,
               Maywood, IL 60153-3328
20426658     +Meyer & Njus P.A.,    29 S. LaSalle Street #635,    Chicago, IL 60603-1559
20426659     +Meyer & Njus, P.A.,    200 South Sixth Street,    Minneapolis, MN 55402-4136
20426660     +Nationwide Credit & Co,    815 Commerce Dr Ste 270,    Oak Brook, IL 60523-8852
20426662     +Nationwide Credit & Collection, Inc.,    815 Commerce Drive,    Suite 270,
               Oak Brook, IL 60523-8852
20426663     +Suburban Pulmonary and Sleep Associates,    700 E. Ogden Ave.,    Westmont, IL 60559-1398
20426664     +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: FDPLEIBOWITZ.COM Aug 28 2013 01:33:00     David P Leibowitz, ESQ,    Leibowitz Law Center,
               420 Clayton Street,    Waukegan, IL 60085-4216
20426632     +EDI: GMACFS.COM Aug 28 2013 01:34:00     Ally,   P.O. Box 380901,    Minneapolis, MN 55438-0901
20426633     +EDI: GMACFS.COM Aug 28 2013 01:34:00     Ally Financial,    Attn: Bankruptcy,   Po Box 130424,
               Roseville, MN 55113-0004
20426634     +EDI: GMACFS.COM Aug 28 2013 01:34:00     Ally Financial,    200 Renaissance Ctr,
               Detroit, MI 48243-1300
20426635     +EDI: BECKLEE.COM Aug 28 2013 01:23:00     American Express,    Po Box 3001,
               16 General Warren Blvd,    Malvern, PA 19355-1245
20874403      EDI: BECKLEE.COM Aug 28 2013 01:23:00     American Express Bank, FSB,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
20868539      EDI: BECKLEE.COM Aug 28 2013 01:23:00     American Express Centurion Bank,
               c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20426638     +EDI: BANKAMER2.COM Aug 28 2013 01:33:00     Bank Of America, N.A. *,    401 N. Tryon Street,
               NC1-021-02-20,    Charlotte, NC 28255-0001
20426640     +EDI: AIS.COM Aug 28 2013 01:33:00     Capital One, N.A. *,    c/o American Infosource,
               P.O Box 54529,    Oklahoma City, OK 73154-1529
20426641     +EDI: CAPITALONE.COM Aug 28 2013 01:33:00     Capital One, N.A.*,    1680 Capital One Drive,
               Mc Lean, VA 22102-3407
20426644     +EDI: CHASE.COM Aug 28 2013 01:33:00     Chase *,    ATTN: Bankruptcy Department,   P.O. Box 15298,
               Wilmington, DE 19850-5298
20426646     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Aug 28 2013 01:51:55
               Cook County Treasurer’s Office,    118 North Clark Street, Room 112,    Chicago, IL 60602-1590
20426652     +EDI: RMSC.COM Aug 28 2013 01:33:00     GE Capital Retail Consumer Finance,    1600 Summer Street,
               Fifth Floor,    Stamford, CT 06905-5125
20426653     +EDI: RMSC.COM Aug 28 2013 01:33:00     GE Money Bank Care Card,    Po Box 960061,
               Orlando, FL 32896-0061
20426654     +EDI: CBSKOHLS.COM Aug 28 2013 01:33:00     Kohl’s Credit *,    N56 W17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-7096
20426655     +E-mail/Text: bankruptcy@edward.org Aug 28 2013 01:52:30     Linden Oaks Hospital,    PO Box 4070,
               Carol Stream, IL 60197-4070
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,   420 Clayton Street,    Waukegan, IL 60085-4216
20868540*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20426661    ##+Nationwide Credit & Co,   815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: admin              Page 2 of 3              Date Rcvd: Aug 27, 2013
                              Form ID: b18             Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2013**                            **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: admin              Page 3 of 3               Date Rcvd: Aug 27, 2013
                               Form ID: b18             Total Noticed: 37
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2013 at the address(es) listed below:
    David P Leibowitz, ESQ  dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
    David P Leibowitz, ESQ  on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
    Mohammed O Badwan  on behalf of Debtor Brian Patrick Cowan mbadwan@sulaimanlaw.com,
     mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com
    Mohammed O Badwan  on behalf of Joint Debtor Laurie Jean Cowan mbadwan@sulaimanlaw.com,
     mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;SulaimanLaw@BestClientInc.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
                                                  TOTAL: 5