**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18531 |
| | § | |
| BRIAN PATRICK COWAN | § | |
| LAURIE JEAN COWAN | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/30/2013. The undersigned trustee was appointed on 04/30/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                 $6,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $80.06 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $5,919.94 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/27/2013 and the deadline for filing government claims was 10/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,350.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,350.00, for a total compensation of $1,350.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $3.48, for total expenses of $3.48.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2014                    By:  /s/ David P. Leibowitz
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 7/24/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 09/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  6500 Howard Avenue Indian Head Park, Illinois 60525 Single Family Home Purchased in 2003 Value Per Appraisal in January 2013 | $420,000.00 | $0.00 | | $0.00 | FA |
| 2  State Bank of Countryside Savings Account | $1,980.00 | $0.00 | | $0.00 | FA |
| 3  State Bank of Countryside Checking Account | $200.00 | $0.00 | | $0.00 | FA |
| 4  State Bank of Countryside Checking Account | $95.00 | $0.00 | | $0.00 | FA |
| 5  Chase Checking Account | $286.71 | $0.00 | | $0.00 | FA |
| 6  Chase Savings Account | $36.52 | $0.00 | | $0.00 | FA |
| 7  5/3 Bank Savings Account | $2,200.00 | $0.00 | | $0.00 | FA |
| 8  Furniture and Appliances | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 9  Personal Items | $100.00 | $100.00 | | $0.00 | FA |
| 10 Clothing | $400.00 | $400.00 | | $0.00 | FA |
| 11 Jewelry | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 12 Term Life Insurance through Employer No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 13 Term Life Insurance Policy No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 14 529 Account for Child | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 15 529 Account for Child | $35,000.00 | $35,000.00 | | $0.00 | FA |
| 16 529 Account for Child | $35,000.00 | $35,000.00 | | $0.00 | FA |
| 17 State Bank of Countryside IRA | $2,595.00 | $2,595.00 | | $0.00 | FA |
| 18 Chase Brokerage IRA | $14,860.04 | $0.00 | | $0.00 | FA |
| 19 401(K) through John Hancock | $500.00 | $500.00 | | $0.00 | FA |
| 20 State Bank of Countryside Simplified Employee Pension (SEP) | $3,845.00 | $3,845.00 | | $0.00 | FA |
| 21 Chase IRA | $28,000.00 | $0.00 | | $0.00 | FA |
| 22 Chase Roth IRA | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 23 401(K) through Con Agra | $120.00 | $120.00 | | $0.00 | FA |
| 24 Chase IRA | $0.56 | $0.56 | | $0.00 | FA |
| 25 Sea & Sky Ventures, Inc. Aviation Consulting Business 100% Shareholder | $0.00 | $0.00 | | $0.00 | FA |
| 26 United States Savings Bonds | $400.00 | $0.00 | | $0.00 | FA |
| 27 Anticipated 2012 Tax Refund | $2,500.00 | $0.00 | | $0.00 | FA |
| 28 Pilots License | $0.00 | $0.00 | | $0.00 | FA |
| 29 Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 30 Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 31 Illinois Teaching Certificate | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 7/24/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 09/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 32  2012 Buick Enclave with 12,000 Miles Value Per KBB, PPV | $35,141.00 | $0.00 | | $0.00 | FA |
| 33  2005 GMC Sierra with 75,800 Miles Value Per KBB, PPV | $11,694.00 | $6,592.23 | | $6,000.00 | FA |
| 34  1999 GMC Suburban with 148,600 Miles Value Per KBB, PPV | $1,276.00 | $1,276.00 | | $0.00 | FA |
| 35  Office Equipment | $200.00 | $0.00 | | $0.00 | FA |
| 36  4 Dogs | $200.00 | $200.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                              **Gross Value of Remaining Assets**

$653,629.83          $142,628.79                              $6,000.00          $0.00

**Major Activities affecting case closing:**

07/10/2013   Debtors will tendered will fund $6000.00 by this week.  Must prepare motion to sell estate's interest.

06/25/2013   341 meeting held June 25, 2013 – Debtors have approximately $6,500.00 of equity in 2005 GMC Sierra.  Trustee agreed that he would accept $6,000.00.

Asset Case for Vehicle

Also sent email to DA to determine how debtor proposes to pay estate

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2014 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6556 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | **-***6557 | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/24/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | (33) | Brian & Laurie Cowan | Payment | 1129-000 | $6,000.00 | | $6,000.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $5,995.32 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.29 | $5,985.03 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.72 | $5,976.31 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.64 | $5,966.67 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.62 | $5,957.05 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.30 | $5,947.75 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.21 | $5,937.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.65 | $5,928.89 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.95 | $5,919.94 |
| | | | **TOTALS:** | | $6,000.00 | $80.06 | $5,919.94 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,000.00 | $80.06 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,000.00 | $80.06 | |

| For the period of 4/30/2013 to 7/24/2014 | | For the entire history of the account between 07/15/2013 to 7/24/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $80.06 | Total Compensable Disbursements: | $80.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.06 | Total Comp/Non Comp Disbursements: | $80.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 13-18531 Doc 24 Filed 09/10/14 Entered 09/10/14 16:02:07 Desc Main
Document Page 6 of 12

Page No: 2
FORM 2
Exhibit B
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-18531-TAB | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6556 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | **-***6557 | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/24/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $6,000.00 | $80.06 | $5,919.94 |

| For the period of 4/30/2013 to 7/24/2014 | | For the entire history of the case between 04/30/2013 to 7/24/2014 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $80.06 | Total Compensable Disbursements: | $80.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $80.06 | Total Comp/Non Comp Disbursements: | $80.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 13-18531-TAB | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | | | | | | | | Date: 7/24/2014 |
| Claims Bar Date: | 09/27/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $3.48 | $0.00 | $0.00 | $0.00 | $3.48 |
| | LAKELAW  420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 |
| | LAKELAW  420 W. Clayton Street Waukegan 60085-4216 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $17.48 | $0.00 | $0.00 | $0.00 | $17.48 |
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| 1 | AMERICAN EXPRESS CENTURION BANK  Attorneys/Agent for Creditor Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,508.37 | $0.00 | $0.00 | $0.00 | $2,508.37 |

**Claim Notes:** (1-1) CREDIT CARD DEBT

| 2 | AMERICAN EXPRESS CENTURION BANK  Attorneys/Agent for Creditor Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,604.57 | $0.00 | $0.00 | $0.00 | $4,604.57 |
|---|---|---|---|---|---|---|---|---|---|

**Claim Notes:** (2-1) CREDIT CARD DEBT

| 3 | AMERICAN EXPRESS BANK, FSB  Attorneys/Agent for Creditor Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $10,206.12 | $0.00 | $0.00 | $0.00 | $10,206.12 |
|---|---|---|---|---|---|---|---|---|---|

**Claim Notes:** (3-1) CREDIT CARD DEBT

**CLAIM ANALYSIS REPORT**

Page No: 2
Exhibit C

| **Case No.** | 13-18531-TAB | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | | | | | | | | **Date:** 7/24/2014 |
| **Claims Bar Date:** | 09/27/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A. POB 29262 New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $38,968.25 | $0.00 | $0.00 | $0.00 | $38,968.25 |
| **Claim Notes:** | (4-1) CREDIT CARD DEBT | | | | | | | | |
| 5 | CAPITAL ONE, N.A.  Becket and Lee LLP attorneys/agent for creditor POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $434.17 | $0.00 | $0.00 | $0.00 | $434.17 |
| **Claim Notes:** | (5-1) CREDIT CARD DEBT | | | | | | | | |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR APRIA HEALTHCARE PO Box 248838 Oklahoma City OK 73124-8838 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $194.16 | $0.00 | $0.00 | $0.00 | $194.16 |
| | | | | | **$59,246.60** | **$0.00** | **$0.00** | **$0.00** | **$59,246.60** |

**CLAIM ANALYSIS REPORT**
Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 13-18531-TAB | **Trustee Name:** David Leibowitz |
| **Case Name:** COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | **Date:** 7/24/2014 |
| **Claims Bar Date:** 09/27/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $17.48 | $17.48 | $0.00 | $0.00 | $0.00 | $17.48 |
| Attorney for Trustee Fees (Trustee Firm) | $960.00 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 |
| General Unsecured § 726(a)(2) | $194.16 | $194.16 | $0.00 | $0.00 | $0.00 | $194.16 |
| Payments to Unsecured Credit Card Holders | $56,721.48 | $56,721.48 | $0.00 | $0.00 | $0.00 | $56,721.48 |
| Trustee Compensation | $1,350.00 | $1,350.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| Trustee Expenses | $3.48 | $3.48 | $0.00 | $0.00 | $0.00 | $3.48 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     13-18531
Case Name:    BRIAN PATRICK COWAN
              LAURIE JEAN COWAN
Trustee Name: David P. Leibowitz

Balance on hand:     $5,919.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $5,919.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |
| David P. Leibowitz, Trustee Expenses | $3.48 | $0.00 | $3.48 |
| Lakelaw, Attorney for Trustee Fees | $960.00 | $0.00 | $960.00 |
| Lakelaw, Attorney for Trustee Expenses | $17.48 | $0.00 | $17.48 |

Total to be paid for chapter 7 administrative expenses:     $2,330.96
Remaining balance:     $3,588.98

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,588.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $3,588.98 |
|---|---:|---:|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,915.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American Express Centurion Bank | $2,508.37 | $0.00 | $158.17 |
| 2 | American Express Centurion Bank | $4,604.57 | $0.00 | $290.35 |
| 3 | American Express Bank, FSB | $10,206.12 | $0.00 | $643.58 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $38,968.25 | $0.00 | $2,457.26 |
| 5 | Capital One, N.A. | $434.17 | $0.00 | $27.38 |
| 6 | American InfoSource LP as agent for Apria Healthcare | $194.16 | $0.00 | $12.24 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,588.98 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**