# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 13-18531
§
BRIAN PATRICK COWAN §
LAURIE JEAN COWAN §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/21/2014, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/16/2014            By:  /s/ David P. Leibowitz
                                             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18531 |
| | § | |
| BRIAN PATRICK COWAN | § | |
| LAURIE JEAN COWAN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $6,000.00
*and approved disbursements of*      $80.06
*leaving a balance on hand of[1]:*      $5,919.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $5,919.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,350.00 | $0.00 | $1,350.00 |
| David P. Leibowitz, Trustee Expenses | $3.48 | $0.00 | $3.48 |
| Lakelaw, Attorney for Trustee Fees | $960.00 | $0.00 | $960.00 |
| Lakelaw, Attorney for Trustee Expenses | $17.48 | $0.00 | $17.48 |

Total to be paid for chapter 7 administrative expenses:      $2,330.96
Remaining balance:      $3,588.98

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,588.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:     $0.00
Remaining balance:     $3,588.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $56,915.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $2,508.37 | $0.00 | $158.17 |
| 2 | American Express Centurion Bank | $4,604.57 | $0.00 | $290.35 |
| 3 | American Express Bank, FSB | $10,206.12 | $0.00 | $643.58 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $38,968.25 | $0.00 | $2,457.26 |
| 5 | Capital One, N.A. | $434.17 | $0.00 | $27.38 |
| 6 | American InfoSource LP as agent for Apria Healthcare | $194.16 | $0.00 | $12.24 |

Total to be paid to timely general unsecured claims:     $3,588.98
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
             Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-18531-TAB
Brian Patrick Cowan                                                       Chapter 7
Laurie Jean Cowan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Sep 17, 2014
                              Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2014.
```
db/jdb        +Brian Patrick Cowan,    Laurie Jean Cowan,    6500 Howard Avenue,
                Indian Head Park, IL 60525-4567
20426631      +Advanced Behavioral Centers of DuPage,    501 West Ogden Avenue,    Suite 1,
                Hinsdale, IL 60521-3184
20426635      +American Express,   Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
20874403    +++American Express Bank, FSB,    Attorneys/Agent for Creditor,    Becket and Lee LLP,   POB 3001,
                Malvern, PA 19355-0701
20868539    +++American Express Centurion Bank,    Attorneys/Agent for Creditor,    Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
20426636       Anastacio Saavedra, M.D., S.C.,    P.O. Box 29 A,    Park Ridge, IL 60068
20426637      +Apria Healthcare,   26220 Enterprise Court,    Lake Forest, CA 92630-8405
20426638      +Bank Of America, N.A.,    401 N. Tryon Street,    NC1-021-02-20,    Charlotte, NC 28255-0001
20426639       Belmont/Harlem Surgery Center,    3101 North Chicago,    Chicago, IL 60634
20930437    +++Capital One, N.A.,    Becket and Lee LLP,    attorneys/agent for creditor,    POB 3001,
                Malvern, PA 19355-0701
20426641      +Capital One, N.A.,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
20426642      +Charles E. Burda, M.D.,    501 West Ogden Avenue,    Suite 1,    Hinsdale, IL 60521-3184
20426643      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
20426644      +Chase,   ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
20426645      +Chase H.E.L.O.C.,    P.O. Box 183166,    Columbus, OH 43218-3166
20426647       Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20426648      +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20426649      +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,   1830 E Paris Ave SE,
                Grand Rapids, MI 49546-6253
20426650      +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,   1830 East Paris Avenue,
                Grand Rapids, MI 49546-6253
20426651      +Ge Capital,   C/O United Portfolio,    1942 Lexington, Ste 1,    Saint Paul, MN 55113-6401
20426656      +Loyola Medicine,    Two Westbrook Corporate Center,    Suite 600,   Westchester, IL 60154-5716
20426657      +Loyola University Medical Center,    Patient Financial Services,    2160 South First Avenue,
                Maywood, IL 60153-3328
20426658     #+Meyer & Njus P.A.,    29 S. LaSalle Street #635,    Chicago, IL 60603-1559
20426659      +Meyer & Njus, P.A.,    200 South Sixth Street,    Minneapolis, MN 55402-4136
20426660      +Nationwide Credit & Co,    815 Commerce Dr Ste 270,    Oak Brook, IL 60523-8852
20426662      +Nationwide Credit & Collection, Inc.,    815 Commerce Drive,    Suite 270,
                Oak Brook, IL 60523-8852
20426663      +Suburban Pulmonary and Sleep Associates,    700 E. Ogden Ave.,    Westmont, IL 60559-1398
20426664      +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20930436       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20426632      +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2014 01:04:34     Ally,   P.O. Box 380901,
                Minneapolis, MN 55438-0901
20426633      +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2014 01:04:34     Ally Financial,
                Attn: Bankruptcy,    Po Box 130424,    Roseville, MN 55113-0004
20426634      +E-mail/Text: ally@ebn.phinsolutions.com Sep 18 2014 01:04:34     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
20971231       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2014 01:19:33
                American InfoSource LP as agent for,    Apria Healthcare,   PO Box 248838,
                Oklahoma City, OK  73124-8838
20426640      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 18 2014 01:17:00     Capital One, N.A. *,
                c/o American Infosource,    P.O Box 54529,    Oklahoma City, OK 73154-1529
20426646      +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 18 2014 01:06:22
                Cook County Treasurer’s Office,    118 North Clark Street, Room 112,    Chicago, IL 60602-1590
20426652      +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2014 01:16:22
                GE Capital Retail Consumer Finance,    1600 Summer Street,    Fifth Floor,
                Stamford, CT  06905-5125
20426653      +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2014 01:19:15     GE Money Bank Care Card,
                Po Box 960061,    Orlando, FL 32896-0061
20426654      +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 18 2014 01:04:53     Kohl’s Credit *,
                N56 W17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
20426655      +E-mail/Text: bankruptcy@edward.org Sep 18 2014 01:06:42     Linden Oaks Hospital,   PO Box 4070,
                Carol Stream, IL 60197-4070
                                                                                               TOTAL: 10
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20868540*   +++American Express Centurion Bank,   Attorneys/Agent for Creditor,    Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
```

```
District/off: 0752-1           User: cmendoza1            Page 2 of 2             Date Rcvd: Sep 17, 2014
                               Form ID: pdf006            Total Noticed: 39

20426661       ##+Nationwide Credit & Co,    815 Commerce Dr Ste 100,    Oak Brook, IL 60523-8839
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2014                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Mohammed O Badwan    on behalf of Debtor Brian Patrick Cowan mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Mohammed O Badwan    on behalf of Joint Debtor Laurie Jean Cowan mbadwan@sulaimanlaw.com,
               mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
               m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```