**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-18531 |
| | § | |
| BRIAN PATRICK COWAN | § | |
| LAURIE JEAN COWAN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $561,177.56 | Assets Exempt: | $85,860.04 |
| Total Distributions to Claimants: | $3,588.98 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,411.02 | | |

3) Total gross receipts of $6,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $449,653.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,411.02 | $2,411.02 | $2,411.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $92,011.49 | $56,915.64 | $56,915.64 | $3,588.98 |
| **Total Disbursements** | $541,664.49 | $59,326.66 | $59,326.66 | $6,000.00 |

   4). This case was originally filed under chapter 7 on 04/30/2013. The case was pending for 20 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 12/23/2014            By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 GMC Sierra with 75,800 Miles Value Per KBB, PPV | 1129-000 | $6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE


### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial | 4110-000 | $41,083.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $50,203.00 | $0.00 | $0.00 | $0.00 |
| | Cook County Treasurer's Office | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 4110-000 | $358,367.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $449,653.00 | $0.00 | $0.00 | $0.00 |


### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.48 | $3.48 | $3.48 |
| Green Bank | 2600-000 | NA | $80.06 | $80.06 | $80.06 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $960.00 | $960.00 | $960.00 |
| Lakelaw, Attorney for Trustee | 3220-000 | NA | $17.48 | $17.48 | $17.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,411.02 | $2,411.02 | $2,411.02 |


### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE


### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-900 | $2,508.00 | $2,508.37 | $2,508.37 | $158.17 |
| 2 | American Express Centurion Bank | 7100-900 | $4,604.00 | $4,604.57 | $4,604.57 | $290.35 |
| 3 | American Express Bank, FSB | 7100-900 | $10,206.00 | $10,206.12 | $10,206.12 | $643.58 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $38,968.00 | $38,968.25 | $38,968.25 | $2,457.26 |
| 5 | Capital One, N.A. | 7100-900 | $341.00 | $434.17 | $434.17 | $27.38 |
| 6 | American InfoSource LP as agent for Apria Healthcare | 7100-000 | $58.84 | $194.16 | $194.16 | $12.24 |
|  | Advanced Behavioral Centers of | 7100-000 | $25.00 | $0.00 | $0.00 | $0.00 |
|  | Anastacio Saavedra, M.D., S.C. | 7100-000 | $1,665.00 | $0.00 | $0.00 | $0.00 |
|  | Bank Of America, N.A. * | 7100-000 | $19,741.00 | $0.00 | $0.00 | $0.00 |
|  | Belmont/Harlem Surgery Center | 7100-000 | $495.00 | $0.00 | $0.00 | $0.00 |
|  | Charles E. Burda, M.D. | 7100-000 | $193.00 | $0.00 | $0.00 | $0.00 |
|  | Chase * | 7100-000 | $5,646.00 | $0.00 | $0.00 | $0.00 |
|  | Equifax Information Services, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Experian Information Solutions, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | GE Capital Retail Consumer Finance | 7100-000 | $4,648.00 | $0.00 | $0.00 | $0.00 |
|  | Linden Oaks Hospital | 7100-000 | $700.00 | $0.00 | $0.00 | $0.00 |
|  | Loyola Medicine | 7100-000 | $101.00 | $0.00 | $0.00 | $0.00 |
|  | Loyola University Medical Center | 7100-000 | $167.40 | $0.00 | $0.00 | $0.00 |
|  | Loyola University Medical Center | 7100-000 | $110.85 | $0.00 | $0.00 | $0.00 |
|  | Meyer & Njus P.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Nationwide Credit & Co | 7100-000 | $341.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit & Co | 7100-000 | $281.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit & Co | 7100-000 | $135.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit & Co | 7100-000 | $116.00 | $0.00 | $0.00 | $0.00 |
| Nationwide Credit & Collection, Inc.* | 7100-000 | $36.40 | $0.00 | $0.00 | $0.00 |
| Suburban Pulmonary and Sleep | 7100-000 | $924.00 | $0.00 | $0.00 | $0.00 |
| Trans Union LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $92,011.49 | $56,915.64 | $56,915.64 | $3,588.98 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 12/23/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 09/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 6500 Howard Avenue Indian Head Park, Illinois 60525 Single Family Home Purchased in 2003 Value Per Appraisal in January 2013 | $420,000.00 | $0.00 | | $0.00 | FA |
| 2 | State Bank of Countryside Savings Account | $1,980.00 | $0.00 | | $0.00 | FA |
| 3 | State Bank of Countryside Checking Account | $200.00 | $0.00 | | $0.00 | FA |
| 4 | State Bank of Countryside Checking Account | $95.00 | $0.00 | | $0.00 | FA |
| 5 | Chase Checking Account | $286.71 | $0.00 | | $0.00 | FA |
| 6 | Chase Savings Account | $36.52 | $0.00 | | $0.00 | FA |
| 7 | 5/3 Bank Savings Account | $2,200.00 | $0.00 | | $0.00 | FA |
| 8 | Furniture and Appliances | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 9 | Personal Items | $100.00 | $100.00 | | $0.00 | FA |
| 10 | Clothing | $400.00 | $400.00 | | $0.00 | FA |
| 11 | Jewelry | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 12 | Term Life Insurance through Employer No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Term Life Insurance Policy No Cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 14 | 529 Account for Child | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 15 | 529 Account for Child | $35,000.00 | $35,000.00 | | $0.00 | FA |
| 16 | 529 Account for Child | $35,000.00 | $35,000.00 | | $0.00 | FA |
| 17 | State Bank of Countryside IRA | $2,595.00 | $2,595.00 | | $0.00 | FA |
| 18 | Chase Brokerage IRA | $14,860.04 | $0.00 | | $0.00 | FA |
| 19 | 401(K) through John Hancock | $500.00 | $500.00 | | $0.00 | FA |
| 20 | State Bank of Countryside Simplified Employee Pension (SEP) | $3,845.00 | $3,845.00 | | $0.00 | FA |
| 21 | Chase IRA | $28,000.00 | $0.00 | | $0.00 | FA |
| 22 | Chase Roth IRA | $4,000.00 | $4,000.00 | | $0.00 | FA |
| 23 | 401(K) through Con Agra | $120.00 | $120.00 | | $0.00 | FA |
| 24 | Chase IRA | $0.56 | $0.56 | | $0.00 | FA |
| 25 | Sea & Sky Ventures, Inc. Aviation Consulting Business 100% Shareholder | $0.00 | $0.00 | | $0.00 | FA |
| 26 | United States Savings Bonds | $400.00 | $0.00 | | $0.00 | FA |
| 27 | Anticipated 2012 Tax Refund | $2,500.00 | $0.00 | | $0.00 | FA |
| 28 | Pilots License | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 30 | Illinois Drivers License | $0.00 | $0.00 | | $0.00 | FA |
| 31 | Illinois Teaching Certificate | $0.00 | $0.00 | | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Date Filed (f) or Converted (c): | 04/30/2013 (f) |
| For the Period Ending: | 12/23/2014 | §341(a) Meeting Date: | 06/25/2013 |
| | | Claims Bar Date: | 09/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 32  2012 Buick Enclave with 12,000 Miles Value Per KBB, PPV | $35,141.00 | $0.00 | | $0.00 | FA |
| 33  2005 GMC Sierra with 75,800 Miles Value Per KBB, PPV | $11,694.00 | $6,592.23 | | $6,000.00 | FA |
| 34  1999 GMC Suburban with 148,600 Miles Value Per KBB, PPV | $1,276.00 | $1,276.00 | | $0.00 | FA |
| 35  Office Equipment | $200.00 | $0.00 | | $0.00 | FA |
| 36  4 Dogs | $200.00 | $200.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                    **Gross Value of Remaining Assets**

|  | $653,629.83 | $142,628.79 | | $6,000.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 08/28/2014 | TFR submitted to UST for review and approval |
|---|---|
| 07/24/2014 | TFR Completed for Trustee's review. |
| 07/10/2013 | Debtors will tendered will fund $6000.00 by this week.  Must prepare motion to sell estate's interest. |
| 06/25/2013 | 341 meeting held June 25, 2013 – Debtors have approximately $6,500.00 of equity in 2005 GMC Sierra.  Trustee agreed that he would accept $6,000.00. |
| | Asset Case for Vehicle |
| | Also sent email to DA to determine how debtor proposes to pay estate |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/31/2014 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6556 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | **-***6557 | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2013 | (33) | Brian & Laurie Cowan | Payment | 1129-000 | $6,000.00 | | $6,000.00 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.68 | $5,995.32 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.29 | $5,985.03 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $8.72 | $5,976.31 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.64 | $5,966.67 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.62 | $5,957.05 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $9.30 | $5,947.75 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $10.21 | $5,937.54 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.65 | $5,928.89 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $8.95 | $5,919.94 |
| 10/29/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,350.00 | $4,569.94 |
| 10/29/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.48 | $4,566.46 |
| 10/29/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 960.00; Amount Allowed: 960.00; Distribution Dividend: 100.00; | 3110-000 | | $960.00 | $3,606.46 |
| 10/29/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 17.48; Amount Allowed: 17.48; Distribution Dividend: 100.00; | 3220-000 | | $17.48 | $3,588.98 |
| 10/29/2014 | 3005 | American InfoSource LP as agent for Apria Healthcare | Claim #: 6; Amount Claimed: 194.16; Amount Allowed: 194.16; Distribution Dividend: 6.31; | 7100-000 | | $12.24 | $3,576.74 |
| 10/29/2014 | 3006 | American Express Centurion Bank | Claim #: 1; Amount Claimed: 2,508.37; Amount Allowed: 2,508.37; Distribution Dividend: 6.31; | 7100-900 | | $158.17 | $3,418.57 |
| 10/29/2014 | 3007 | American Express Centurion Bank | Claim #: 2; Amount Claimed: 4,604.57; Amount Allowed: 4,604.57; Distribution Dividend: 6.31; | 7100-900 | | $290.35 | $3,128.22 |
| 10/29/2014 | 3008 | American Express Bank, FSB | Claim #: 3; Amount Claimed: 10,206.12; Amount Allowed: 10,206.12; Distribution Dividend: 6.31; | 7100-900 | | $643.58 | $2,484.64 |
| 10/29/2014 | 3009 | eCAST Settlement Corporation, assignee of | Claim #: 4; Amount Claimed: 38,968.25; Amount Allowed: 38,968.25; Distribution Dividend: 6.31; | 7100-900 | | $2,457.26 | $27.38 |
| 10/29/2014 | 3010 | Capital One, N.A. | Claim #: 5; Amount Claimed: 434.17; Amount Allowed: 434.17; Distribution Dividend: 6.31; | 7100-900 | | $27.38 | $0.00 |
| | | | | **SUBTOTALS** | $6,000.00 | $6,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-18531-TAB | | Trustee Name: | David Leibowitz |
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6556 | | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | **-***6557 | | Account Title: | |
| For Period Beginning: | 4/30/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $6,000.00 | $6,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,000.00 | $6,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,000.00 | $6,000.00 | |

**For the period of 4/30/2013 to 12/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2013 to 12/23/2014**

| | |
|---|---|
| Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-18531-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | COWAN, BRIAN PATRICK AND COWAN, LAURIE JEAN | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6556 | Checking Acct #: | ******3101 |
| Co-Debtor Taxpayer ID #: | **-***6557 | Account Title: | |
| For Period Beginning: | 4/30/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,000.00 | $6,000.00 | $0.00 |

| For the period of 4/30/2013 to 12/23/2014 | | For the entire history of the case between 04/30/2013 to 12/23/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,000.00 | Total Compensable Receipts: | $6,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,000.00 | Total Comp/Non Comp Receipts: | $6,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,000.00 | Total Compensable Disbursements: | $6,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,000.00 | Total Comp/Non Comp Disbursements: | $6,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |